UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80490-CIV-DIMITROULEAS

STEVEN ROBERTS,

       Magistrate Judge Snow

    Plaintiff,

vs.

BRIAN STUTMAN, an,
individual, and RBC CAPITAL
MARKETS CORPORATION,
a foreign for profit corporation,

    Defendants.
_____/

## ORDER EXPEDITING RESPONSE TO MOTION TO DISMISS

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss, filed herein on January 7, 2011. [DE 85]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiff seeks to dismiss the instant case without prejudice pursuant to Rule 41(a)(2). This case is set for trial on the two-week calendar commencing Monday, January 24, 2011.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Defendant shall file a Response to the instant Motion on or before Wednesday, January 12, 2011 by 5:00 p.m.

2) Plaintiff may file a Reply on or before Thursday, January 13, 2011 by 5:00 p.m.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record